UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

Plaintiff,

Case No. 22-cr-20403
Hon. Matthew F. Leitman

v.

**TORANIO INGRAM**,

Defendant.

______________________________________________/

**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 41)**

Defendant Toranio Ingram has filed a motion for early termination of supervised release. The motion is **DENIED** for all of the reasons stated in the Government's response to the motion (ECF No. 43).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 2, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 2, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126